**DOCKET NUMBER:** 20-mj-00204

**CRIMINAL CAUSE FOR** Telephone Conference

**BEFORE CHERYL L. POLLAK, U.S.M.J.**   **DATE:** 5/8/2020   **TIME IN COURT:** 1 hour

**DEFENDANT'S NAME:** Douglas Ebanks
- [X] Present
- [ ] Not Present
- [X] Custody
- [ ] Not Custody

**DEFENSE COUNSEL:** Mildred M. Whalen
- [X] Federal Defender
- [ ] CJA
- [ ] Retained

**A.U.S.A.:** Michael Bushwack   **PRETRIAL/PROBATION:**

**COURT REPORTER** [ ]   **ESR OPERATOR** [X] Lauren Phillips   **LOG:** 9:06 a.m. to 9:45 a.m.

**INTERPRETER:** None   **LANGUAGE:** n/a

- [ ] Arraignment
- [ ] Change of Plea Hearing (~*Util-Plea Entered*)
- [ ] In Chambers Conference
- [ ] Pre-Trial Conference
- [ ] Initial Appearance
- [ ] Status Conference
- [X] Telephone Conference
- [ ] Jury Selection
- [ ] Motion Hearing – evidentiary
- [ ] Other Hearing:

- [ ] Revocation of Probation – non-contested
- [ ] Revocation of Probation – contested
- [ ] Sentencing – non-evidentiary
- [ ] Sentencing – contested
- [ ] Revocation of Supervised Rel. – evidentiary
- [ ] Revocation of Supervised Rel. – non-evidentiary
- [ ] Voir Dire Begun
- [ ] Voir Dire Held

- [X] Case called
- [ ] Defendant:     Sworn     Informed of Rights
- [ ] Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
- [ ] Waiver of Indictment Executed
- [ ] Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
- [ ] Court Finds Factual Basis for the Plea
- [ ] Sentencing Set for:
- [ ] Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
- [ ] Order of Excludable Delay Entered:     From            To
- [ ] Order of Temporary Detention Entered

**TEXT**

Case Called. Douglas Ebanks present with Federal Defender Mildred M. Whalen. Michael Bushwack present for the government. Discussions held. Parties to submit letters to the Court with supplemental information as discussed by 5/11/2020.

**UTILITIES**

|   |   |   |   |
|---|---|---|---|
| _____ | ~Util-Plea Entered | _____ | ~Util-Add/Terminate Attorneys |
| _____ | ~Util-Exparte Matter | _____ | ~Util-Terminate Parties |
| X | ~Util-Set/Reset Deadlines | _____ | ~Util-Indictment Unsealed |
| _____ | ~Util-Set/Reset Hearings | _____ | ~Util-Information Unsealed |
| _____ | ~Util-Set/Reset Deadlines/Hearings | _____ | ~Util-Bond Set/Reset |
| _____ | ~Util-Terminate Motions | _____ | ~Util-Set/Reset Mot./R&R Deadlines/Hearings |